AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**                          **CRIMINAL COMPLAINT**

V.

HARRIETTE WALTERS

CASE NUMBER:

xxxx xxxxxx xxxxxx xx
Washington, D.C. 20015
DOB:   xxxxxxxxx xx, 1956

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

<u>COUNT ONE</u>
(Mail Fraud)

Between in or about November 2004 and the present in a continuing course of conduct, in the District of Columbia and elsewhere, HARRIETTE WALTERS, having devised and intended to devise any scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, for the purposes of executing such scheme and artifice and attempting to do so, placed in any post office and authorized depository for mail matter, any matter and thing whatever to be sent and delivered by the Postal Service, and deposited and caused to be deposited any matter and thing whatever to be sent and delivered by any private or commercial interstate carrier, and took and received therefrom, any such matter and thing, and knowingly caused to be delivered by mail and such carrier according to the direction thereon, and at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter and thing.  (Mail Fraud, Aiding and Abetting, in violation of Title 18 U.S.C., Sections 1341, 2).

COUNT TWO
(Conspiracy to Commit Mail Fraud)

Between in or about November 2004 and the present in a continuing course of conduct, in the District of Columbia and elsewhere, HARRIETTE WALTERS and others conspired to commit the offense of mail fraud, in violation of 18 U.S.C. § 1341.  (Conspiracy to Commit the Offense of Mail Fraud, in violation of Title 18 U.S.C., Sections 1341, 1349).

COUNT THREE
(Interstate Transportation of Stolen Property)

Between in or about November 2004 and the present in a continuing course of conduct, in the District of Columbia and elsewhere, HARRIETTE WALTERS  transported, transmitted, and transferred in interstate and foreign commerce goods, wares, merchandise, securities and money of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud.  (Interstate Transportation of Stolen Property, Aiding and Abetting, and Causing an Act to be Done, in violation of Title 18 U.S.C., Sections 2314, 2).

COUNT FOUR
(Laundering of Monetary Instruments)

Between in or about November 2004 and the present in a continuing course of conduct, in the District of Columbia and elsewhere, HARRIETTE WALTERS, (a) knowing that property involved in financial transactions represented the proceeds of some form of unlawful activity, conducted and attempted to conduct such financial transactions that in fact involved the proceeds of specified unlawful activity (1) with the intent to promote the carrying on of specified unlawful activity; and (2) knowing that the transactions were designed in whole and part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of unlawful activity; and (b) transported, transmitted, and  transferred and attempted to transport, transmit, and transfer monetary instruments and funds from a place in the United States to and through a place outside the United States and to a place in the United States from and through a place outside the United States (1) with the intent to promote the carrying on of a specified unlawful activity; and (2) knowing that the monetary instrument and funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful

activity and knowing that such transportation, transmission, and transfer was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of a specified unlawful activity.   (Laundering of Monetary Instruments, Aiding and Abetting, Causing an Act to Be Done, in violation of Title 18 U.S.C., Sections 1956(a)(1)-(2), 2).

## COUNT FIVE
### (Conspiracy to Launder Monetary Instruments)

Between in or about November 2004 and the present in a continuing course of conduct, in the District of Columbia and elsewhere, HARRIETTE WALTERS and others conspired to commit the offense of laundering monetary instruments, in violation of 18 U.S.C. § 1956.  (Conspiracy to Commit the Offense of Laundering Monetary Instruments, in violation of Title 18 U.S.C., Sections 1956(a)(1)-(2), 1956(h)).

## COUNT SIX
### (Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity)

Between in or about November 2004 and the present in a continuing course of conduct, in the District of Columbia and elsewhere, HARRIETTE WALTERS knowingly engaged or attempted to engage in monetary transactions in criminally derived property that was of a value greater than $10,000 and was derived from specified unlawful activity.  (Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity, Aiding and Abetting, and Causing an Act to Be Done, in violation of Title 18 U.S.C., Sections 1957, 2).

## COUNT SEVEN
### (Conspiracy to Engage in Monetary Transactions in Property Derived from Specified Unlawful Activity)

Between in or about November 2004 and the present in a continuing course of conduct, in the District of Columbia and elsewhere, HARRIETTE WALTERS and others conspired to commit the offense of engaging in monetary transactions in property derived from specified unlawful activity, in violation of 18 U.S.C. § 1957. (Conspiracy to Commit the Offense of Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity, in violation of Title 18 U.S.C., Sections 1957, 1956(h)).

## COUNT EIGHT
(Bank Fraud)

Between in or about June 2007 and the present in a continuing course of conduct, in the District of Columbia and elsewhere, HARRIETTE WALTERS knowingly executed, and attempted to execute a scheme or artifice (1) to defraud a financial institution and (2) to obtain money, funds, credits, assets, securities, and other property owned by, and under the custody and control of, a financial institution, by means of false and fraudulent pretenses, representations, and promises.  (Bank Fraud, Aiding and Abetting, and Causing an Act to Be Done, in violation of Title 18 U.S.C., Sections 1344, 2).

## COUNT NINE
(Conspiracy to Commit Bank Fraud)

Between in or about June 2007 and the present in a continuing course of conduct, in the District of Columbia and elsewhere, HARRIETTE WALTERS and others conspired to commit the offense of bank fraud, in violation of 18 U.S.C. § 1344. (Conspiracy to Commit the Offense of Bank Fraud, in violation of Title 18 U.S.C., Sections 1344, 1349).

## COUNT TEN
(Conspiracy)

Between in or about November 2004 and the present in a continuing course of conduct, HARRIETTE WALTERS and others conspired to commit offenses against the United States, including, but not limited to,

- Mail Fraud, in violation of 18 U.S.C. § 1341;

- Interstate Transportation of Stolen Property, in violation of 18 U.S.C. § 2314;

- Laundering of Monetary Instruments, in violation of 18 U.S.C. § 1956;

- Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity,

  in violation of 18 U.S.C. § 1957; and

- Bank Fraud, in violation of 18 U.S.C. § 1344,

and one or more of such conspirators did an act to effect the object of the conspiracy.  (Conspiracy, in violation of Title 18 U.S.C., Section 371).

I further state that I am Andrew Sekela, Special Agent with the Federal Bureau of Investigation, and that this

complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:     ☒ Yes     ☐ No

AUSA, Timothy G. Lynch,  (202) 353-4862  
AUSA, Geoffrey L.J. Carter,  (202) 353-2457

_____  
Signature of Complainant  
Andrew Sekela, Special Agent  
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

_____  
Date

at     Washington, D.C.  
_____  
City and State

_____  
Name & Title of Judicial Officer

_____  
Signature of Judicial Officer