UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE SEARCH WARRANTS AND  :   MAG. NO. 07-537-M-01
ARREST WARRANTS            :
                           :
                           :   UNDER SEAL
                           :

FILED
NOV - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of the government's motion for leave to file the Affidavit in Support of Search Warrants and Arrest Warrants and accompanying paperwork in the this matter under seal, as well as sealing its Motion to Seal and the resulting Order, and for good cause shown therefor, it is hereby

**ORDERED** that the government's Affidavit in Support of Search Warrants and Arrest Warrants, the accompanying paperwork, the government's Motion to Seal, and this Order, shall be, until further Order of this Court, **SEALED**.

**SO ORDERED**, this 6 day of November, 2007.

_____
THE HONORABLE
UNITED STATES MAGISTRATE JUDGE

Serve: Timothy G. Lynch
       Geoffrey L.J. Carter
       Assistant United States Attorneys
       Fraud & Public Corruption Section
       555 4th Street NW, Room 5235
       Washington, D.C. 20530
       Fax: (202) 307-2304
       e-mail: timothy.lynch2@usdoj.gov