AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

HARRIETTE WALTERS

**WARRANT FOR ARREST**

CASE NUMBER: 07-537-M-01

FILED
NOV 08 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___HARRIETTE WALTERS___
                                              Name
and bring her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

mail fraud, conspiracy to commit mail fraud, interstate transportation of stolen property, laundering of monetary instruments, conspiracy to launder monetary instruments, engaging in monetary transactions in property derived from specified unlawful activity, conspiracy to engage in monetary transactions in property derived from specified unlawful activity, bank fraud, conspiracy to commit bank fraud, and conspiracy in violation of Title __18__ United States Code, Sections _1341, 1349, 2314, 1956, 1956(h), 1957, 1344, 371_.

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

NOV 06 2007       District of Columbia
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/6/07 | Dmytrolyn Dwn | _[signature]_ |
| DATE OF ARREST 11/8/07 | | |

1408888