NOTICE OF APPEARANCE                                                                                                 CO-1506 (New 5/92)

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA      )
                                                              )
                                                              )
                                                              )
vs.                                                        )      Criminal No. 07-537-M-01
                                                              )
                                                              )
Harriette Walters                )
**(DEFENDANT)**

FILED

NOV 0 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: NANCY MAYER-WHITTINGTON, CLERK

*For Presentment only*

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:     (Please check one)

☐ CJA           ☒ RETAINED           ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Douglas Cohan   500157
(Attorney & Bar ID Number)

DLA Piper US LLP
(Firm Name)

500 8th St NW
(Street Address)

Washington         DC         20004
(City)                      (State)         (Zip)

202-799-4524