NOTICE OF APPEARANCE                                          CO-1506 (New 5/92)

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA    )
                            )
                            )
                            )
          vs.               )    Criminal No. _07 537 M.01_
                            )
                            )
_Harriette Walters_         )        FILED
      (DEFENDANT)           
                                   NOV 0 8 2007

                                 NANCY MAYER WHITTINGTON, CLERK
                                      U.S. DISTRICT COURT

TO: NANCY MAYER-WHITTINGTON, CLERK

                                    FOR PRESENTMENT ONLY

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT
INDICATED ABOVE IN THE ENTITLED ACTION.  ( Pro Hoc Vice )

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA              ☒ RETAINED              ☐ FEDERAL PUBLIC DEFENDER

                    _____
                              (Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

        _440 803 - Peter Zeichenberg_
        (Attorney & Bar ID Number)

        _DLA Piper_
        (Firm Name)

        _500 8th ST NW_
        (Street Address)

        _Washington,  DC    20004_
        (City)      (State)   (Zip)