UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | CR. No. 07-537-M-01(AK) |
| HARRIETTE WALTERS, ) | |
| Defendant. ) | |
| ) | |

FILED

NOV 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon motion of the United States, and for good cause shown, it is this 9th day of November, 2007, hereby

**ORDERED** that Defendant Harriette Walters will not have any contact, directly or indirectly, with the following individuals:

1. Diane Gustus

2. Jayrece Turnbull

3. Richard Walters

4. Connie Alexander

5. Ricardo Walters

6. Connice Hogue

7. Sheila Jones

8. Geraldine Robinson

9. Kimberly Kit, nee Kimberly Fleet

10. Cherita Weems

11. Walter Jones, Jr.

12. Robert Steven

13. Any current employee (as of November 6, 2007) of the D.C. Office of Tax and Revenue



        Real Property Tax Administration Adjustments Unit, and it is further

        **ORDERED** that Defendant Walters will **not**:

1. Open any additional credit card accounts or lines of credit;

2. Engage in any transaction valued at $5,000.00 or more without <u>prior</u> Court approval;

3. Engage in any real estate transaction;

4. Engage in any international transactions, and it is further

        **ORDERED** that the Government will make efforts to ensure that this Order is provided to the District of Columbia Department of Corrections.

                                                     _____
                                                     ALAN KAY
                                                     UNITED STATES MAGISTRATE JUDGE