AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ for the _____ **DISTRICT OF** _____ Columbia _____

**UNITED STATES OF AMERICA**

V.

Harriette Walters

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number:   07- 537- m. 01 (AK)

# FILED

## NOV 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, _____ Harriette Walters _____ , charged in a (complaint) (petition)

pending in this District with _____ Mail Fraud _____

in violation of Title _____ 18 _____ , U.S.C., _____ § 1341 _____ ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
_Defendant_

_____ 11/13/07 _____
_Date_

_____
_Counsel for Defendant_