UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | CRIMINAL NO. 07-537-M (AK) |
| HARRIETTE WALTERS : | |
| : | |
| **Defendant.** : | |

**UNITED STATES' MOTION TO UNSEAL THE ARREST WARRANT IN THIS CASE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this motion to unseal the arrest warrant in this case (to the extent that this document currently may be sealed). In support of this motion the United States advises the Court as follows:

1. On November 6, 2007, this Court issued an arrest warrant for Defendant Harriette Walters. Law enforcement personnel executed the arrest warrant on November 7, 2007.

2. Given that the arrest warrant has been executed, the United States now seeks to unseal that document.

WHEREFORE, it is respectfully requested that this motion be granted.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR
                              UNITED STATES ATTORNEY
                              D.C. Bar. No. 498610


By:       /s/ Geoffrey Carter
          TIMOTHY LYNCH, D.C. Bar No. 456506
          GEOFFREY L.J. CARTER, D.C. Bar No. 460971
          ASSISTANT U.S. ATTORNEYS
          555 4th Street, N.W., Fifth Floor
          Washington, D.C. 20530
          (202) 353-4862 and (202) 353-2457
          Timothy.Lynch2@usdoj.gov
          Geoffrey.Carter2@usdoj.gov

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 16th day of November, 2007, a copy of the foregoing pleading was served via e-mail and via the United States District Court's Electronic Case Filing program to counsel for Defendant, Steven Tabackman, 1747 Pennsylvania Ave., NW, Suite 300, Washington, D.C. 20006; stabackman@tighepatton.com.

                                               /s/ Geoffrey Carter
                                    ASSISTANT UNITED STATES ATTORNEY