**FILED**

**NOV 07 2007**

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE ARREST WARRANT       :       MAG. NO. 07-537-M-01
                           :       <u>UNDER SEAL</u>
                           :

## ORDER

Upon consideration of the government's motion for leave to file the attached redacted Affidavit in Support of Arrest Warrant, and for good cause shown, it is hereby

**ORDERED** that the government's motion is granted and the attached Affidavit in Support of Arrest Warrant will be filed on the public docket; and it is further

**ORDERED THAT** the remaining materials in this matter will remain under seal until further Order of the Court.

**SO ORDERED**, this ___7th___ day of November, 2007.

_____
THE HONORABLE ALAN KAY
UNITED STATES MAGISTRATE JUDGE

Serve:  Timothy G. Lynch
        Geoffrey L.J. Carter
        Assistant United States Attorneys
        Fraud & Public Corruption Section
        555 4th Street NW, Room 5235
        Washington, D.C.  20530
        (202) 353-4862
        Fax: (202) 307-2304
        e-mail: timothy.lynch2@usdoj.gov