UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | CRIMINAL NO. 07-537-M (AK) |
| HARRIETTE WALTERS | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the attached proposed order in connection with its motion to unseal the arrest warrant in this case.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar. No. 498610

By:   /s/ Geoffrey Carter
TIMOTHY LYNCH, D.C. Bar No. 456506
GEOFFREY L.J. CARTER, D.C. Bar No. 460971
ASSISTANT U.S. ATTORNEYS
555 4th Street, N.W., Fifth Floor
Washington, D.C. 20530
(202) 353-4862 and (202) 353-2457
Timothy.Lynch2@usdoj.gov
Geoffrey.Carter2@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of November, 2007, a copy of the foregoing pleading was served via e-mail and via the United States District Court's Electronic Case Filing program to counsel for Defendant, Steven Tabackman, 1747 Pennsylvania Ave., NW, Suite 300, Washington, D.C. 20006; stabackman@tighepatton.com.

/s/ Geoffrey Carter
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | CRIMINAL NO. 07-537-M (AK) |
| HARRIETTE WALTERS : | |
| : | |
| Defendant. : | |

**O R D E R**

Based on the representations in the United States' Motion to Unseal the Arrest Warrant In This Case, and for good cause shown, it is hereby ORDERED that the motion is GRANTED and that the arrest warrant shall be unsealed.

_____     _____
DATE                                THE HONORABLE ALAN KAY
                                    UNITED STATES MAGISTRATE JUDGE


cc:    Steven Tabackman, Esq.
       1747 Pennsylvania Ave., NW, Suite 300
       Washington, D.C. 20006

       Timothy Lynch
       Geoffrey L.J. Carter
       Assistant United States Attorneys
       555 4th Street, N.W., Fifth Floor
       Washington, D.C. 20530