UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | MAG. No. 07-537-M-01 |
| HARRIETTE WALTERS<br>             Defendant | |

### NOTICE – ENTRY OF APPEARANCE – DEFENDANT

To the Clerk of the Court:

Please note the entry of appearance of the undersigned attorney on behalf of the defendant

Harriette Walters:

>Steven C. Tabackman – DC Bar No. 934539
>Tighe Patton Armstrong Teasdale, PLLC
>1747 Pennsylvania Avenue NW
>Suite 300
>Washington DC 20006
>(202) 454-2811
>(202) 454-2805 (fax)

Counsel is appointed under the Criminal Justice Act.


>Respectfully submitted,


>_____/s/_____
>Steven C. Tabackman

Respectfully submitted.

Steven C. Tabackman (DC Bar No. 934539)
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue NW
Suite 300
Washington, DC 20006
(202) 454-2811
(202) 454-2805 (fax)