**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Mag. No. 07- 537-M-01 |
| HARRIETTE M. WALTERS<br>Defendant | |

**DEFENDANT HARRIETTE M. WALTERS'S RESPONSE TO THE GOVERNMENT'S MOTION FOR CONTINUANCE PURSUANT TO 18 USC § 3161(h)(8)**

Harriette M. Walters, through her undersigned counsel, respectfully advises the Court that, having been fully advised of the statutory requirements, and of her rights, pursuant to 18 USC § 3161 *et seq.*, and having had a full opportunity to consult with her counsel regarding the matters raised in the Government's Motion For Continuance Pursuant To 18 USC § 3161(h)(8), she does not oppose said motion.

Respectfully submitted,

_____/s/_____
Steven C. Tabackman (DC Bar No. 934539)
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue NW
Suite 300
Washington DC 20006
(202) 454-2811
(202) 454-2805 (Fax)

*Counsel for Harriette M. Walters*