IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

MAG NO. 07-537-M-01

HARRIETTE WALTERS,

Defendant

FILED

DEC 15 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the Motion for Continuance pursuant to 18 U.S.C. § 3161(h)(8), the Court makes the following findings:

1. On November 7, 2007, Harriette Walters was arrested on a ten-count criminal complaint.

2. On November 13, 2007, Ms. Walters waived her preliminary hearing and was held pending trial following a detention hearing.

3. On November 21, 2007, Ms. Walters moved to exclude twelve days under the Speedy Trial Act, and the Court granted that motion.

4. Pursuant to the Speedy Trial Act, any indictment or information resulting from the charge against Walters must be filed within 30 days of her arrest, 18 U.S.C. § 3161(b); but, given her waiver of twelve days under the Act, any indictment or information must be filed on or before Wednesday, December 19, 2007. Ms. Walters is scheduled to appear in Court on Thursday, December 20, 2007.

5. The complaint filed against Walters is part of a larger investigation being conducted by the United States Attorney's Office for the District of District of Columbia, the United States Attorney's Office for the District of Maryland, the Federal Bureau of Investigation, the Internal Revenue Service, the District of Columbia Office of Inspector General, and the District of Columbia Office of Integrity & Oversight in the Office of the Chief Financial Officer, among others. The investigation relates to an alleged scheme to embezzle tens of millions of dollars from the District of Columbia Office of Tax & Revenue over a lengthy period of time.

6. Thus far, and in addition to Ms. Walters, the investigation has resulted in the arrest of six other participants in her scheme, including Diane Gustus, Jayrece Turnbull, Connie Alexander, Richard Walters, Ricardo Walters, and Walter Jones. The investigation has also resulted in the search of several locations and the seizures of personal and real property.

7. Based upon the Affidavit in Support of the Arrest Warrant and Complaint and attachments thereto, the scheme under investigation was complex and long-standing.

8. The investigation is ongoing and involves the review of an extraordinarily large volume of governmental and financial records over a significant period of time.

9. The government requests additional time to facilitate a full and complete grand jury investigation that determines the full scope of the loss to the District of Columbia and the full set of participants in Ms. Walters's scheme.

10. Ms. Walters, through counsel, does not contest that this is an unusual and complex case for purposes of 18 U.S.C. § 3161(h)(8)(B)(iii).

11. Under the circumstances, I find that "it is unreasonable to expect return and filing of the indictment within the period specified in 18 U.S.C. § 3161(b) * * * because the facts upon which the grand jury must base its determination are unusual and complex." See 18 U.S.C. § 3161(h)(8)(B)(iii). I further find that "failure to grant such a continuance in the proceeding would be likely to * * * result in a miscarriage of justice." See 18 U.S.C. § 3161(h)(8)(B)(i).

12. For the foregoing reasons, the ends of justice will be served by granting a 90-day continuance of time within which to file an information or indictment, and those ends outweigh the best interests of the public and the defendant in a speedy trial because it will permit a full and complete grand jury investigation into this matter, and will allow the parties sufficient time to discuss a potential resolution of the case.

Wherefore, in the interest of the defendant and the interests of the public, it is this 18th of December 2007, **ORDERED** that the time by which the Government must formally file an indictment or information against Ms. Walters under the Speedy Trial Act, 18 U.S.C. § 3161, is hereby continued for an additional period of 90 days from Wednesday, December 19, 2007.

_/s/ John M. Facciola_
United States Magistrate Judge

3