UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Mag. No. 07-537-01 (JMF) |
| **HARRIETTE WALTERS**<br>     Defendant | |

## CONSENT MOTION TO VACATE HEARING DATE OF DECEMBER 20, 2007

Defendant Harriette M. Walters, by her undersigned counsel, respectfully moves to vacate the hearing set for December 20, 2007. The hearing was set in order to ascertain Ms. Walters's position with respect to the Government's deadline under the Speedy Trial Act to return an indictment. On December 17, 2007, Ms. Walters, through counsel, informed the Court that she did not oppose the Government's request for an additional 90-day continuance of that deadline. On December 18, 2007, this Court signed an Order granting the Government's unopposed motion. Therefore, the sole purpose of the hearing has been achieved. Accordingly, Ms. Walters requests that she not have to come to court on December 20, 2007.

AUSA Timothy Lynch has no opposition to this motion.

**WHEREFORE**, Ms. Walters requests that the motion be granted.

Respectfully submitted,

**(/s/)** Steven C. Tabackman (DC Bar No. 934539)
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue NW
Suite 300
Washington, DC 20006
(202) 454-2811
(202) 454-2805 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Mag. No. 07-537-01 (JMF) |
| HARRIETTE WALTERS<br>Defendant | |

## ORDER

Upon consideration of defendant Harriette M. Walters's Consent Motion to Vacate Hearing Date of December 20, 2007, and it appearing that the purpose of the hearing has already been achieved and that there is no opposition to said motion, it is this ___ day of December, 2007,

**ORDERED,** that the motion be, and the same hereby is, **GRANTED;** and it is further,'

**ORDERED,** that the deputy clerk shall vacate and remove from the calendar for December 20, 2007, the hearing previously scheduled in this matter.

_____
John M. Facciola
United States Magistrate Judge