IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                           MAG NO. 07-537-M-01

HARRIETTE WALTERS,

Defendant

FILED

MAR 1 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the Joint Motion for Continuance pursuant to 18 U.S.C. § 3161(h)(8), the Court makes the following findings:

1. The investigation in this matter is ongoing and involves the review of an extraordinarily large volume of governmental and financial records over a significant period of time.

2. The parties request additional time to facilitate a full and complete grand jury investigation and to allow Ms. Walters and her counsel sufficient time to investigate all relevant facts.

3. Under the circumstances, I find that "it is unreasonable to expect return and filing of the indictment within the period specified in 18 U.S.C. § 3161(b) * * * because the facts upon which the grand jury must base its determination are unusual and complex." See 18 U.S.C. § 3161(h)(8)(B)(iii). I further find that "failure to grant such a continuance in the proceeding would be likely to * * * result in a miscarriage of justice." See 18 U.S.C. § 3161(h)(8)(B)(i).

4.      For the foregoing reasons, the ends of justice will be served by granting a 90-day continuance of time within which to file an information or indictment, and those ends outweigh the best interests of the public and the defendant in a speedy trial because it will permit a full and complete grand jury investigation into this matter, and will allow the parties sufficient time to discuss a potential resolution of the case.

Wherefore, it is this 17 of March 2008, **ORDERED** that the time by which the Government must formally file an indictment or information against Ms. Walters under the Speedy Trial Act, 18 U.S.C. § 3161, is hereby continued for an additional period of 90 days.

*[signature]*
Honorable John M. Facciola
United States Magistrate Judge