## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                            MAG NO. 07-537-M-01

HARRIETTE WALTERS,                                            **FILED**

Defendant                                                     JUL 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the Joint Motion for Continuance Pursuant to 18 U.S.C.

§ 3161(h)(8) and to vacate the July 21, 2008, Status Hearing, the Court makes the following

findings:

1.      The investigation in this matter is ongoing and involves the review of an

extraordinarily large volume of governmental and financial records over a significant period of

time.

2.      The parties request additional time to facilitate a full and complete grand jury

investigation, to permit Defendant Walters and her counsel sufficient time to investigate all facts,

and to allow the parties the opportunity to discuss a potential resolution of the case.

3.      Under the circumstances, I find that "it is unreasonable to expect return and filing

of the indictment within the period specified in 18 U.S.C. § 3161(b) * * * because the facts upon

which the grand jury must base its determination are unusual and complex." See 18 U.S.C.

§ 3161(h)(8)(B)(iii).  I further find that "failure to grant such a continuance in the proceeding

would be likely to * * * result in a miscarriage of justice." See 18 U.S.C. § 3161(h)(8)(B)(i).

4.    For the foregoing reasons, the ends of justice will be served by granting a 60-day

continuance of time within which to file an information or indictment.  Those ends outweigh the

best interests of the public and the defendant in a speedy trial, because a 60-day continuance will

permit a full and complete grand jury investigation into this matter and will allow the parties

sufficient time to discuss a potential resolution of the case.

Wherefore, it is this _____ day of July, 2008, hereby

**ORDERED** that the time by which the Government must file an information or

indictment against Defendant Harriette Walters under the Speedy Trial Act, 18 U.S.C. § 3161, is

continued for an additional period of 60 days.  It is

**FURTHER ORDERED** that the status hearing currently scheduled for July 21, 2008, is

*continued to Monday, August 18, 2008 at 9:30 am in Courtroom 7.*

SO ORDERED.

_____
The Honorable Deborah A. Robinson
United States Magistrate Judge