IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.                                                MAG NO. 07-537-M-01

HARRIETTE WALTERS,

        Defendant

### JOINT MOTION TO CONTINUE STATUS HEARING

The United States of America and Defendant Harriette Walters respectfully request that the Court continue the status hearing currently scheduled for Monday, August 18, 2008, to Monday, September 15, 2008.  In support thereof, the parties state as follows:

    1.    The complaint filed against Defendant Walters is part of a larger investigation being conducted by the United States Attorney's Office for the District of District of Columbia, the United States Attorney's Office for the District of Maryland, the Federal Bureau of Investigation, the Internal Revenue Service, the District of Columbia Office of Inspector General, and the District of Columbia Office of Integrity & Oversight in the Office of the Chief Financial Officer, among others.  The investigation relates to a scheme to embezzle tens of millions of dollars from the District of Columbia Office of Tax & Revenue over a lengthy period of time.

    2.    Thus far, the investigation has resulted in the arrest of multiple individuals.  The investigation has also resulted in the search of several locations and the seizure of personal and real property.  To date, Ricardo Walters, Marilyn Yoon, Walter Jones, Richard Walters, Patricia Steven, Robert Steven, and Connie Alexander have pled guilty to related offenses in the United

States District Court for the District of Maryland. Samuel Pope has pled guilty to related offenses in the United States District Court for the District of Columbia.

3.  Given the breadth, length, and complexity of the scheme, the parties request additional time to facilitate a full and complete grand jury investigation, to permit Defendant Walters and her counsel sufficient time to investigate all facts, and to allow the parties the opportunity to discuss a potential resolution of the case.

**WHEREFORE**, the parties respectfully request that the Court grant their joint motion to continue the status hearing currently scheduled for Monday, August 18, 2008, to Monday, September 15, 2008.

Respectfully submitted,

By: /s/
Timothy G. Lynch, D.C. Bar No. 456506
David S. Johnson, D.C. Bar No. 477298
Assistant United States Attorneys
Fraud & Public Corruption Section
555 Fourth Street, NW
Washington, D.C. 20530
(202) 353-4862
timothy.lynch2@usdoj.gov

By: /s/
Steven C. Tabackman, Esq.
1747 Pennsylvania Avenue, NW
Suite 300
Washington, D.C. 20006
(202) 454-2811
Stabackman@tighepatton.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                                    MAG NO. 07-537-M-01

HARRIETTE WALTERS,

    Defendant

### ORDER

Upon consideration of the Joint Motion to Continue Status Hearing, and the entire record herein, it is hereby

**ORDERED** that the Joint Motion to Continue Status Hearing is **GRANTED**. It is

**FURTHER ORDERED** that the status hearing currently scheduled for Monday, August 18, 2008, is continued to Monday, September 15, 2008, at \_\_\_\_ a.m./p.m.

**SO ORDERED**.

_____
United States Magistrate Judge